UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

STEPHANIE MERCEDES CASTILLO,      :

              Plaintiff,      :

        -v-         :        25 Civ. 10175 (JPC)

LIFE INSURANCE COMPANY OF NORTH    :        ORDER
AMERICA,      :

            Defendant.      :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 9, 2025, Plaintiff initiated this action under the Employee Retirement Income Security Act of 1974 ("ERISA") against Defendant by filing a Complaint. Dkt. 1 ("Complaint"). The Complaint alleges that "the ERISA employee benefit plan at issue in this matter is administered in this district" but alleges no facts to support that assertion. Complaint ¶ 4. Nor does the Complaint allege any facts concerning the location of Defendant's place of business. Instead, the Complaint alleges only that Defendant "may be served with process through the New York Department of Financial Services Corporate Affairs Unit." Complaint ¶ 5. Then, on February 5, 2026, Plaintiff filed a document purporting to have served Defendant on January 20, 2026, through the New York State Department of Finance. Dkt. 9. Assuming Defendant was served on that date, Defendant's deadline to respond to the Complaint was February 10, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint.

No later than March 3, 2026, Plaintiff should file an Amended Complaint which alleges facts that establish that the ERISA plan at issue is administered in this District. By that same date, Plaintiff also shall either submit a letter to the Court explaining why service of the Summons and Complaint on Defendant through the New York State Department of Finance is sufficient or

otherwise serve Defendant in accordance with Federal Rule of Civil Procedure 4(h).  Also by March 3, 2026, Plaintiff must serve this Order on Defendant by personally delivering it to, and leaving it with a person of suitable age and discretion at, Defendant's place of business.  Plaintiff should file proof of such service no later than March 5, 2026.

       SO ORDERED.

Dated: February 17, 2026
       New York, New York

                                      JOHN P. CRONAN
                          United States District Judge