

Eric L. Buchanan
President & Senior Partner
*Licensed in Tennessee and Georgia*

Audrey C. Dolmovich
Vice President & Senior Partner
*Licensed in Tennessee*

**ERIC BUCHANAN**
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

May 15, 2026

Kaitlyn Barciszewski (TNBPR #041568)
Eric Buchanan & Associates, PLLC
414 McCallie Ave
Chattanooga, TN 37402
Phone: 423-634-2506
kbarciszewski@buchanandisability.com

*Via ECF*

Honorable John P. Cronan
United States Courthouse
Southern District of New York

**Re: *Stephanie Mercedes Castillo v. New York Life Group Ins. Co. of NY, 1:25-cv-10175-JPC***

Dear Judge Cronan:

We are writing regarding the Court order entered on May 12, 2026 as ECF20 adjourning the Initial Pretrial Conference to May 20, 2026. With the consent of Defendant, New York Life Group Insurance Company of NY, and in accordance with 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff, Stephanie Mercedes Castillo, respectfully submits this letter-motion requesting the adjournment and rescheduling of the Initial Pretrial Conference scheduled for May 20, 2026 at 4:45 p.m. This is the first request for an adjournment and rescheduling of this conference. The reason for the parties' request is that (1) counsel for Plaintiff is expecting to begin her maternity leave on or shortly after May 20, 2026, and as a result, new counsel plans to move for *pro hac vice admission* and make an appearance to serve as lead counsel for this case; and (2) new counsel must wait to receive her certificate of good standing via mail before moving for *pro hac vice* admission and filing her appearance on this case, which she expects to take at least one week from the date of this letter-motion.

The following are the details regarding the event, original date, and other information regarding the extension request:

| Event | Original Date` | Number of Previous Requests for Adjournment | Prior Request Granted or Denied | Consent? | Proposed New Date |
|---|---|---|---|---|---|
| Initial Pretrial Conference | May 20, 2026 at 4:45pm | None | N/A | Yes | Any of the following: June 3, 2026 after 2:30 p.m., June 4, 2026 after 1:00 p.m., or June 5, 2026 at any time. |

The undersigned, together with Plaintiff and counsel for Defendant, thank the Court for its consideration of the parties' request.

Sincerely,

*/s/ Kaitlyn Barciszewski*

The conference scheduled for May 20, 2026 is adjourned until June 9, 2026 at 4:45 p.m.  The Clerk of Court is respectfully directed to close Dkt. 21.

SO ORDERED
May 15, 2026

JOHN P. CRONAN
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of this the foregoing document has been served upon all parties of interest in this case, filing it with the Court's electronic case filing and through their counsel of record:

Patrick W. Begos
1055 Washington Boulevard
Stamford, CT 06901
Tel. No.: (203) 462-7500
Fax No.: (203) 462-7599
Email: pbegos@rc.com

This the 15th day of May, 2026.

*/s/ Kaitlyn Barciszewski*
Kaitlyn Barciszewski